UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MOHAMMED GHALEB,

Petitioner,

-against-

JUDITH ALMODOVAR, et al.,

Respondents.

25-CV-01505 (MMG)

**ORDER TO SHOW CAUSE**

MARGARET M. GARNETT, United States District Judge:

On March 13, 2026, a Second Amended Petition for a Writ of Habeas Corpus ("Petition") was filed pursuant to 28 U.S.C. § 2241 on behalf of Mohammed Ghaleb ("Petitioner"). Dkt. No. 17. On March 14, 2026, Petitioner filed an emergency motion for a temporary restraining order and preliminary injunction, Dkt. No. 19 ("Emergency Motion"), seeking his immediate release, or, in the alternative, enjoining his removal. Upon consideration of the Petition and the Emergency Motion, IT IS HEREBY ORDERED that:

1. Respondents show cause why the Emergency Motion should not be granted by **March 19, 2026**.
2. Petitioner have an opportunity to reply by **March 23, 2026**.
3. The parties APPEAR before this Court for a hearing on the Petition on **Tuesday, March 24, 2026, at 9:30 a.m.** in Courtroom 906 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York 10007. Respondents shall produce Petitioner at the hearing.
4. Pending consideration of the Emergency Motion, Respondents are hereby RESTRAINED from transferring the Petitioner out of the Southern District of New

York, Eastern District of New York, or District of New Jersey and, relatedly, the United States of America.

The Clerk of Court shall electronically notify the Civil Division of the U.S. Attorney's Office for the Southern District of New York of this Order at the following email addresses: jeffrey.oestericher@usdoj.gov and brandon.waterman@usdoj.gov.

Dated: March 14, 2026, 9:34 a.m.
New York, New York

SO ORDERED.

MARGARET M. GARNETT
United States District Judge