**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

April 17, 2026

By ECF
Hon. Margaret M. Garnett
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re: *Ghaleb v. Joyce*, No. 25-cv-1505 (MMG)

Dear Judge Garnett:

This Office represents the government in the above-referenced habeas corpus matter. I write respectfully on behalf of the parties to provide a status update. ICE released Petitioner from detention at approximately 10:35 p.m. on April 14, 2026, and placed him on an order of supervision. Petitioner reported to ICE on April 15, at which time he was enrolled on ATD and fitted with an ankle bracelet. The parties are conferring about next steps as to Petitioner's release terms, namely his ankle monitor, and hope to submit either a stipulated dismissal or another status update in two weeks, by May 1, if acceptable to the Court.

We thank the Court for its consideration of this letter.

Respectfully submitted,

JAY CLAYTON
United States Attorney for the
Southern District of New York

By: /s/ *Brandon M. Waterman*
BRANDON M. WATERMAN
Assistant United States Attorney
Telephone: (212) 637-2743
E-mail: brandon.waterman@usdoj.gov

cc: Counsel of Record (by ECF)

The Court thanks counsel for the update and the parties are ORDERED to submit a joint status letter by **May 1, 2026**, regarding next steps in this case, if a stipulation of dismissal has not been filed by that date.

SO ORDERED. Dated April 20, 2026.

HON. MARGARET M. GARNETT
UNITED STATES DISTRICT JUDGE