UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MOHAMMED GHALEB,

Petitioner,

- against -

WILLIAM P. JOYCE, *et al.*,

Respondents.

**No. 25 Civ. 1505 (MMG)**

**STIPULATION AND ~~[PROPOSED]~~ ORDER OF DISMISSAL**

WHEREAS, petitioner Mohammed Ghaleb ("Petitioner") filed this habeas corpus action pursuant to 28 U.S.C. § 2241 on February 21, 2025, challenging his detention; and

WHEREAS, U.S. Customs and Immigration Enforcement released Petitioner from detention on April 14, 2026, and placed him on an order of supervision;

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the parties, that this action is hereby dismissed without prejudice and without costs or fees to any party pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure.

New York, New York
May 1, 2026

THE BRONX DEFENDERS
*Attorney for Petitioner*

/s/ Nhu-Y Ngo[1]
Nhu-Y Ngo, Esq.
360 East 161st Street
Bronx, New York 10451
Tel. (347) 464-9352

New York, New York
May 1, 2026

JAY CLAYTON
United States Attorney for the
Southern District of New York
*Attorney for Respondents*

/s/ *Brandon M. Waterman*
Brandon M. Waterman
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, New York 10007
Tel. (212) 637-2743

SO ORDERED: Dated May 4, 2026

HON. MARGARET M. GARNETT
UNITED STATES DISTRICT JUDGE

[1] Consent for signature obtained pursuant to S.D.N.Y. ECF Rule 8.5(c)